# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LEONARDO ADRIAN GONZALEZ,** } } } | |
| Petitioner, } } | |
| v. } } | **Case No.: 1:19-cv-01992-CLM-JHE** |
| **JIMMY KILGORE,** } } } | |
| Respondent. } | |

## MEMORANDUM OPINION

On February 28, 2020, the magistrate judge entered a Report and Recommendation, (doc. 10), recommending that the petition for writ of habeas corpus be dismissed without prejudice.  No objections have been received.

The Court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the Court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this court.  The petition for writ of habeas corpus is due to be **DISMISSED**.  A separate Order will be entered.

**DONE** and **ORDERED** this 8th day of May, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE